# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SUPERIOR DRYWALL & ACOUSTIC, INC.; MAX LIQUIDATIONS, LLC; MAX DOBSON; JACQUELYN TAMBORRINO, f/k/a JACQUELYN DOBSON, <br><br> Defendants. | Case No. 1:15-cv-00104 |

## JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

Plaintiff International Fidelity Insurance Company ("IFIC") and Defendants Superior Drywall & Acoustic, Inc.; Max Liquidations, LLC; Max Dobson; and Jacquelyn Tamborrino, f/k/a Jacquelyn Dobson (with IFIC, the "Parties"), each by their undersigned counsel, jointly move pursuant to Federal Rule of Civil Procedure 54 for entry of the proposed stipulated judgment attached as Exhibit A.

In support of this Motion, the Parties hereby notify the Court that they have reached an agreement to settle this case and respectfully request entry of the proposed stipulated judgment and terminate this case.

Respectfully submitted,

/s/ Michael J. Dudek
T. Scott Leo
Michael J. Dudek
LEO & WEBER, P.C.
1 North LaSalle Street, Suite 3600
Chicago, Illinois 60602
(312) 857-0910

*Counsel for Plaintiff*

/s/ Michael V. Ohlman
Michael V. Ohlman
MICHAEL V. OHLMAN, P.C.
308 West Erie, Suite 300
Chicago, Illinois 60606
(312) 869-4155

*Counsel for all Defendants*